# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

SABRINA F. WILLIAMS,     )
     Plaintiff,     )
     )
v.     )     No. 3:19-CV-0694
     )
STATE OF TENNESSEE,     )     Jury Demand
OFFICE OF THE COMPTROLLER OF     )
THE TREASURY, and JUSTIN WILSON,     )
in his official capacity as     )
Comptroller of the Treasury,     )
     Defendants.     )

---

## ORDER

---

Plaintiff's Motion to Extend Time to File Response to Defendants' Motion to Dismiss (Doc. No. 29), and there being no objection by Defendants, is **GRANTED.**

The deadline for Plaintiff to respond to Defendants' Motion to Dismiss for Lack of Jurisdiction is extended until March 5, 2020.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE