IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SABRINA F. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-CV-00694 |
| | ) | |
| STATE OF TENNESSEE, | ) | JUDGE CRENSHAW |
| OFFICE OF THE COMPTROLLER OF | ) | |
| THE TREASURY, and JUSTIN WILSON, | ) | MAG. JUDGE HOLMES |
| in his official capacity as | ) | |
| Comptroller of the Treasury, | ) | |
| | ) | |
| Defendants. | ) | JURY DEMAND |

## NOTICE OF CHANGE OF ADDRESS

Wade B. Cowan, counsel for plaintiff, gives this notice of the change of his address and phone number to the following:

Wade B. Cowan
P.O. Box 50617
Nashville, TN 37205-0617
(615) 352-2331

Respectfully submitted,

/s/ Wade B. Cowan
Wade B. Cowan (#9403)
P.O. Box 50617
Nashville, Tennessee 37205-0617
(615) 352-2331
wcowan@dhhrplc.com

*Counsel for plaintiff*

### CERTIFICATE OF SERVICE

I certify that on March 30, 2020, a copy of this document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Amanda S. Jordan
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Counsel for Defendant

Wade B. Cowan